BRIAN C. LEIGHTON, CA BAR # 090907
701 Pollasky Avenue
Clovis, California  93612
Telephone: (559) 297-6190
Facsimile:  (559) 297-6194

Attorney for THE AMERICAN HONEY
PRODUCERS ASSOCIATION, INC.

McGREGOR W. SCOTT
United States Attorney
KRISTI C. KAPETAN
Assistant U.S. Attorney
United States Courthouse, Suite 4401
2500 Tulare Street
Fresno, CA 93721
Telephone: (559) 497-4000
Facsimile: (559) 497-4099

Attorneys for Defendant
UNITED STATES OF AMERICA

**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF CALIFORNIA**
**AT FRESNO**

THE AMERICAN HONEY PRODUCERS
ASSOCIATION, INC., an Oklahoma
corporation; *et al*

                    Plaintiffs,

          v.

THE UNITED STATES DEPARTMENT OF
AGRICULTURE,

                    Defendant.

)
)
)
)
)
)
)
)
)
)
)
)
)
)
)

CASE NO: 1:05-CV-01619-AWI-SMS

**STIPULATION TO CONTINUE
ALL DATES RE THE PARTIES
RESPECTIVE CROSS-MOTIONS
FOR SUMMARY JUDGMENT
AND ORDER THEREON**

          On March 16, 2006, the parties attended a Scheduling Conference before the Honorable

Magistrate Judge Sandra Snyder, through their respective counsel of record herein.

          At said conference, the parties determined and agreed that this case should be decided on cross-

motions for summary judgment and further agreed to the following schedule:

          1.          Plaintiffs' motion for summary judgment would be filed on or before July 14, 2006;

STIPULATION TO CONTINUE ALL DATES RE THE PARTIES
RESPECTIVE CROSS-MOTIONS FOR SUMMARY
JUDGEMENT AND ORDER THEREON

2.      Defendant's opposition and cross-motion for summary judgment would be filed on or before August 18, 2006;

3.      Plaintiffs' reply and opposition to Defendant's cross-motion would be filed on or before September 8, 2006;

4.      Defendant's reply would be filed on or before October 6, 2006; and

5.      The oral argument on said cross-motions would be heard before the Honorable Judge Oliver W. Wanger on October 23, 2006.

On June 12, 2006, the parties were served, through their respective counsel, with an Order of Reassignment which transferred this case from the docket of the Honorable Judge Robert E. Coyle to the docket of the Honorable Anthony W. Ishii.

Plaintiffs' counsel is a sole practioner.  His schedule for the last two months have been extremely hectic.  He has had numerous appellate briefs due before the Ninth Circuit Court Appeals, a brief due before the U.S. Court of Appeals for the Federal Circuit, a brief due in the Western District of Louisiana, several court appearances in Sacramento County Superior Court as well as Court appearances before the U.S. District Court in the Northern District of California.  Because summary judgment motions are voluminous in nature. Plaintiffs' counsel needs additional time in which to prepare said motion, submit it to the numerous clients in this matter who are spread out across the country, and then prepare it in final form before filing with this Court.

Plaintiffs' counsel contacted Defendant's counsel, Assistant U.S. Attorney, Kristi C. Kapetan, who stated that she did not have any objection to Plaintiffs' counsel seeking a nine (9) week extension of all dates relative to the parties' cross-motions for summary judgment.

THEREFORE, the parties hereby STIPULATE and AGREE to the following briefing schedule regarding cross-motions for summary judgment:

1.      Plaintiffs' motion for summary judgment would be filed on or before September 15, 2006;

2.      Defendant's opposition and cross-motion for summary judgment would be filed on or before October 20, 2006;

3.      Plaintiffs' reply and opposition to Defendant's cross-motion would be filed on or before November 10, 2006;

4.      Defendant's reply would be filed on or before December 8, 2006; and

5.      The oral argument on said cross-motions would be heard before the Honorable Judge Anthony W. Ishii on December 18, 2006, or as soon thereafter as the Court is available.

Dated: July 13, 2006

                                        /S/ BRIAN C. LEIGHTON
                                        BRIAN C. LEIGHTON, Attorney for
                                        Plaintiffs

Dated: July 13, 2006

                                        /S/ KRISTI C. KAPETAN
                                        Kristi C. Kapetan, Attorney for
                                        Defendant

## ORDER

Based upon the parties stipulation, IT IS HEREBY ORDERED that the briefing and hearing schedule be continued as follows:

1.      Plaintiffs' motion for summary judgment would be filed on or before September 15, 2006;

2.      Defendant's opposition and cross-motion for summary judgment would be filed on or before October 20, 2006;

3.      Plaintiffs' reply and opposition to Defendant's cross-motion would be filed on or before November 10, 2006;

4.      Defendant's reply would be filed on or before December 8, 2006; and

5.      The oral argument on said cross-motions would be heard before the Honorable Judge Anthony W. Ishii on December 18, 2006 at 1:30 p.m.

IT IS SO ORDERED.

**Dated:    July 14, 2006**              _/s/ Anthony W. Ishii_
0m8i78                                  UNITED STATES DISTRICT JUDGE

STIPULATION TO CONTINUE ALL DATES RE THE PARTIES
RESPECTIVE CROSS-MOTIONS FOR SUMMARY
JUDGEMENT AND ORDER THEREON                          3