BRIAN C. LEIGHTON, CA BAR # 090907
701 Pollasky Avenue
Clovis, California  93612
Telephone: (559) 297-6190
Facsimile:  (559) 297-6194

Attorney for THE AMERICAN HONEY
PRODUCERS ASSOCIATION, INC.

McGREGOR W. SCOTT
United States Attorney
KRISTI C. KAPETAN
Assistant U.S. Attorney
United States Courthouse, Suite 4401
2500 Tulare Street
Fresno, CA 93721
Telephone: (559) 497-4000
Facsimile: (559) 497-4099

Attorneys for Defendant
UNITED STATES OF AMERICA

## UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF CALIFORNIA
## AT FRESNO

| | |
|---|---|
| THE AMERICAN HONEY PRODUCERS ASSOCIATION, INC., an Oklahoma corporation; *et al* <br><br> Plaintiffs, <br><br> v. <br><br> THE UNITED STATES DEPARTMENT OF AGRICULTURE, <br><br> Defendant. | CASE NO: 1:05-CV-01619-AWI-SMS <br><br> **STIPULATION TO CONTINUE ALL DATES RE THE PARTIES RESPECTIVE CROSS-MOTIONS FOR SUMMARY JUDGMENT AND ORDER THEREON** |

      This is the parties second stipulation to continue all dates re the parties respective cross-motions for summary judgment and order thereon.  The reason why the continuance of all dates is necessary now is because of oversight in that the United States Department of Agriculture had not transmitted to the Court or the parties the entire administrative record in this matter.  The parties' cross-motions for summary judgment must refer to the administrative record, as new evidence is not permissible.  The

parties spoke about this matter on September 14, 2006 after having noted that there is no administrative record because one was not transmitted by USDA to the parties or the Court.

It is the parties' understanding that USDA will forthwith transmit the administrative record to the Court and to the parties so that the cross-motions for summary judgment can be filed. The parties have agreed that all of the previous scheduling dates should be continued for a period of sixty (60) days.

THEREFORE, the parties hereby STIPULATE and AGREE to the following briefing schedule regarding cross-motions for summary judgment:

1. Plaintiffs' motion for summary judgment would be filed on or before November 15, 2006;

2. Defendant's opposition and cross-motion for summary judgment would be filed on or before December 20, 2006;

3. Plaintiffs' reply and opposition to Defendant's cross-motion would be filed on or before January 12, 2007;

4. Defendant's reply would be filed on or before February 16, 2007; and

5. The oral argument on said cross-motions would be heard before the Honorable Judge Anthony W. Ishii on March 5, 2007 or as soon thereafter as the Court is available.

Dated: September 14, 2006

/S/ BRIAN C. LEIGHTON
BRIAN C. LEIGHTON, Attorney for Plaintiffs

Dated: September 14, 2006

/S/ KRISTI C. KAPETAN
Kristi C. Kapetan, Attorney for Defendant

ORDER

Based upon the parties stipulation, IT IS HEREBY ORDERED that the briefing and hearing schedule be continued as follows:

1.    Plaintiffs' motion for summary judgment would be filed on or before November 15, 2006;

2.    Defendant's opposition and cross-motion for summary judgment would be filed on or before December 20, 2006;

3.    Plaintiffs' reply and opposition to Defendant's cross-motion would be filed on or before January 12, 2007;

4.    Defendant's reply would be filed on or before February 16, 2007; and

5.    The oral argument on said cross-motions would be heard before the Honorable Judge Anthony W. Ishii on March 5, 2007 at 1:30 p.m. in Courtroom 2.

IT IS SO ORDERED.

**Dated:    September 15, 2006**                  **/s/ Anthony W. Ishii**
0m8i78                                            UNITED STATES DISTRICT JUDGE