1   BRIAN C. LEIGHTON, CA BAR # 090907
    701 Pollasky Avenue
2   Clovis, California  93612
    Telephone: (559) 297-6190
3   Facsimile:  (559) 297-6194

4   Attorney for THE AMERICAN HONEY
    PRODUCERS ASSOCIATION, INC.

5
    McGREGOR W. SCOTT
6   United States Attorney
    KRISTI C. KAPETAN
7   Assistant U.S. Attorney
    United States Courthouse, Suite 4401
8   2500 Tulare Street
    Fresno, CA 93721
9   Telephone: (559) 497-4000
    Facsimile: (559) 497-4099
10
    Attorneys for Defendant
11  UNITED STATES OF AMERICA

12
                    UNITED STATES DISTRICT COURT
13                  EASTERN DISTRICT OF CALIFORNIA
                             AT FRESNO
14

15  THE AMERICAN HONEY PRODUCERS          )   CASE NO: 1:05-CV-01619-AWI-SMS
    ASSOCIATION, INC., an Oklahoma        )
16  corporation; et al                    )   **STIPULATION TO CONTINUE**
                                          )   **ALL DATES RE THE PARTIES**
17              Plaintiffs,               )   **RESPECTIVE CROSS-MOTIONS**
                                          )   **FOR SUMMARY JUDGMENT**
18          v.                            )   **AND ORDER THEREON**
                                          )
19  THE UNITED STATES DEPARTMENT OF       )
    AGRICULTURE,                          )
20                                        )
                Defendant.                )
21  _____)

22          This is the parties' third stipulation to continue all dates regarding the parties' respective cross-

23  motions for summary judgment and order thereon.  The Administrative Record was filed with the Court

24  on October 20, 2006.  Plaintiffs' counsel is a sole practioner.  His hectic schedule (business and

25  personal) has allowed no time to properly prepare the Plaintiffs' motion for summary judgment and

26  Plaintiffs' counsel has respectfully sought and received a two week extension of time in which to prepare

27  and file said motion.  Government counsel, Assistant United States Attorney, Kristi Kapetan, has

28

    STIPULATION TO CONTINUE ALL DATES RE THE PARTIES
    RESPECTIVE CROSS-MOTIONS FOR SUMMARY
    JUDGEMENT AND ORDER THEREON

1   graciously agreed to a two week extension of time to file all briefs in connection with the parties'

2   proposed cross-motions for summary judgment and continue the hearing date on the same.

3          THEREFORE, the parties hereby STIPULATE and AGREE to the following briefing schedule

4   regarding cross-motions for summary judgment:

5          1.      Plaintiffs' motion for summary judgment would be filed on or before November 29,

6   2006;

7          2.      Defendant's opposition and cross-motion for summary judgment would be filed on or

8   before January 3, 2007;

9          3.      Plaintiffs' reply and opposition to Defendant's cross-motion would be filed on or before

10  January 26, 2007;

11         4.      Defendant's reply would be filed on or before March 3, 2007; and

12         5.      The oral argument on said cross-motions would be heard before the Honorable Judge

13  Anthony W. Ishii on March 19, 2007, or as soon thereafter as the Court is available.

14  Dated: November 15, 2006

15                                                  /S/ BRIAN C. LEIGHTON
                                                   BRIAN C. LEIGHTON, Attorney for
16                                                  Plaintiffs

17
    Dated: November 15, 2006
18                                                  /S/ KRISTI C. KAPETAN
                                                   Kristi C. Kapetan, Attorney for
19                                                  Defendant

20

21                                ORDER

22         Based upon the parties stipulation, IT IS HEREBY ORDERED that the briefing and hearing

23  schedule be continued as follows:

24         1.      Plaintiffs' motion for summary judgment would be filed on or before November 29,

25  2006;

26         2.      Defendant's opposition and cross-motion for summary judgment would be filed on or

27  before January 3, 2007;

28

STIPULATION TO CONTINUE ALL DATES RE THE PARTIES
RESPECTIVE CROSS-MOTIONS FOR SUMMARY
JUDGEMENT AND ORDER THEREON                        2

1    3.    Plaintiffs' reply and opposition to Defendant's cross-motion would be filed on or before

2  January 26, 2007;

3    4.    Defendant's reply would be filed on or before March 3, 2007; and

4    5.    The oral argument on said cross-motions would be heard before the Honorable Judge

5  Anthony W. Ishii on March 19, 2007.

6

7  IT IS SO ORDERED.

8  **Dated:    November 16, 2006**          **/s/ Anthony W. Ishii**
   0m8i78                                    UNITED STATES DISTRICT JUDGE

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28