BRIAN C. LEIGHTON, CA BAR # 090907
701 Pollasky Avenue
Clovis, California  93612
Telephone: (559) 297-6190
Facsimile:  (559) 297-6194

Attorney for THE AMERICAN HONEY
PRODUCERS ASSOCIATION, INC.

McGREGOR W. SCOTT
United States Attorney
KRISTI C. KAPETAN
Assistant U.S. Attorney
United States Courthouse, Suite 4401
2500 Tulare Street
Fresno, CA 93721
Telephone: (559) 497-4000
Facsimile: (559) 497-4099

Attorneys for Defendant
UNITED STATES OF AMERICA

# UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF CALIFORNIA
### AT FRESNO

| | |
|---|---|
| THE AMERICAN HONEY PRODUCERS ASSOCIATION, INC., an Oklahoma corporation; *et al* <br><br> Plaintiffs, <br><br> v. <br><br> THE UNITED STATES DEPARTMENT OF AGRICULTURE, <br><br> Defendant. | CASE NO: 1:05-CV-01619-AWI-SMS <br><br> **STIPULATION TO CONTINUE ALL DATES RE THE PARTIES RESPECTIVE CROSS-MOTIONS FOR SUMMARY JUDGMENT AND ORDER THEREON** |

This is the parties' fourth stipulation to continue all dates regarding the parties' respective cross-motions for summary judgment and order thereon.  The Administrative Record was filed with the Court on October 20, 2006.  Plaintiffs' counsel is a sole practioner.  Plaintiffs' counsel's mother-in-law passed away during the Thanksgiving holiday week and because of his hectic schedule afterwards has allowed no time to properly prepare the Plaintiffs' motion for summary judgment and Plaintiffs' counsel has respectfully sought and received a three week extension of time in which to prepare and file said motion.

1  Government counsel, Assistant United States Attorney, Kristi Kapetan, has graciously agreed to a three
2  week extension of time to file all briefs in connection with the parties' proposed cross-motions for
3  summary judgment and continue the hearing date on the same.
4      THEREFORE, the parties hereby STIPULATE and AGREE to the following briefing schedule
5  regarding cross-motions for summary judgment:
6      1.   Plaintiffs' motion for summary judgment would be filed on or before December 22, 2006;
7      2.   Defendant's opposition and cross-motion for summary judgment would be filed on or
8  before January 24, 2007;
9      3.   Plaintiffs' reply and opposition to Defendant's cross-motion would be filed on or before
10 February 16, 2007;
11     4.   Defendant's reply would be filed on or before March 23, 2007; and
12     5.   The oral argument on said cross-motions would be heard before the Honorable Judge
13 Anthony W. Ishii on April 9, 2007, or as soon thereafter as the Court is available.
14 Dated: December 4, 2006

15                                        /S/ BRIAN C. LEIGHTON
                                          BRIAN C. LEIGHTON, Attorney for
16                                        Plaintiffs

17
   Dated: December 4, 2006
18                                        /S/ KRISTI C. KAPETAN
                                          Kristi C. Kapetan, Attorney for
19                                        Defendant

20

21                                         ORDER

22     Based upon the parties' stipulation, IT IS HEREBY ORDERED that the briefing and hearing
23 schedule be continued as follows:
24     1.   Plaintiffs' motion for summary judgment would be filed on or before December 22, 2006;
25     2.   Defendant's opposition and cross-motion for summary judgment would be filed on or
26 before January 24, 2007;

27

28

STIPULATION TO CONTINUE ALL DATES RE THE PARTIES
RESPECTIVE CROSS-MOTIONS FOR SUMMARY
JUDGEMENT AND ORDER THEREON                    2

1       3.      Plaintiffs' reply and opposition to Defendant's cross-motion would be filed on or before February 16, 2007;

2       4.      Defendant's reply would be filed on or before March 23, 2007; and

3       5.      The oral argument on said cross-motions would be heard before the Honorable Judge Anthony W. Ishii on April 9, 2007.

IT IS SO ORDERED.

**Dated:   December 5, 2006**                    **/s/ Anthony W. Ishii**
0m8i78                                           UNITED STATES DISTRICT JUDGE

STIPULATION TO CONTINUE ALL DATES RE THE PARTIES
RESPECTIVE CROSS-MOTIONS FOR SUMMARY
JUDGEMENT AND ORDER THEREON                3