1  BRIAN C. LEIGHTON, CA BAR # 090907
   701 Pollasky Avenue
2  Clovis, California  93612
   Telephone: (559) 297-6190
3  Facsimile:  (559) 297-6194

4  Attorney for THE AMERICAN HONEY
   PRODUCERS ASSOCIATION, INC.

5
   McGREGOR W. SCOTT
6  United States Attorney
   KRISTI C. KAPETAN
7  Assistant U.S. Attorney
   United States Courthouse, Suite 4401
8  2500 Tulare Street
   Fresno, CA 93721
9  Telephone: (559) 497-4000
   Facsimile: (559) 497-4099
10
   Attorneys for Defendant
11 UNITED STATES OF AMERICA

12              UNITED STATES DISTRICT COURT
                EASTERN DISTRICT OF CALIFORNIA
13                      AT FRESNO

14 THE AMERICAN HONEY PRODUCERS        )  CASE NO: 1:05-CV-01619-AWI-SMS
   ASSOCIATION, INC., an Oklahoma      )
15 corporation; *et al*                )  **STIPULATION TO CONTINUE**
                                       )  **ALL DATES RE THE PARTIES**
16            Plaintiffs,              )  **RESPECTIVE CROSS-MOTIONS**
                                       )  **FOR SUMMARY JUDGMENT**
17       v.                            )  **AND ORDER THEREON**
                                       )
18 THE UNITED STATES DEPARTMENT OF     )
   AGRICULTURE,                        )
19                                     )
              Defendant.               )
20 _____    )

21      The parties, through their respective counsel of record herein, stipulate to continue out for

22 twenty-one (21) days all dates with respect to the filing of the parties' cross-motions for summary

23 judgment.

24      THEREFORE, the parties hereby STIPULATE and AGREE to the following briefing schedule

25 regarding cross-motions for summary judgment:

26      1.    Plaintiffs' motion for summary judgment would be filed on or before January 12, 2007;

27

28
_____
STIPULATION TO CONTINUE ALL DATES RE THE PARTIES
RESPECTIVE CROSS-MOTIONS FOR SUMMARY
JUDGEMENT AND ORDER THEREON

2.     Defendant's opposition and cross-motion for summary judgment would be filed on or before February 14, 2007;

3.     Plaintiffs' reply and opposition to Defendant's cross-motion would be filed on or before March 9, 2007;

4.     Defendant's reply would be filed on or before April 13, 2007; and

5.     The oral argument on said cross-motions would be heard before the Honorable Judge Anthony W. Ishii on either April 30 or May 7, 2007, or as soon thereafter as the Court is available.

Dated: December 20, 2006

/S/ BRIAN C. LEIGHTON
BRIAN C. LEIGHTON, Attorney for Plaintiffs

Dated: December 20, 2006

/S/ KRISTI C. KAPETAN
Kristi C. Kapetan, Attorney for Defendant

## ORDER

Based upon the parties' stipulation, IT IS HEREBY ORDERED that the briefing and hearing schedule be continued as follows:

1.     Plaintiffs' motion for summary judgment would be filed on or before January 12, 2007;

2.     Defendant's opposition and cross-motion for summary judgment would be filed on or before February 14, 2007;

3.     Plaintiffs' reply and opposition to Defendant's cross-motion would be filed on or before March 9, 2007;

4.     Defendant's reply would be filed on or before April 13, 2007; and

5.     The oral argument on said cross-motions would be heard before the Honorable Judge Anthony W. Ishii on May 7, 2007.

IT IS SO ORDERED.

**Dated:     December 21, 2006**          _____/s/ Anthony W. Ishii_____
0m8i78                                        UNITED STATES DISTRICT JUDGE

STIPULATION TO CONTINUE ALL DATES RE THE PARTIES
RESPECTIVE CROSS-MOTIONS FOR SUMMARY
JUDGEMENT AND ORDER THEREON                          2