1 | BRIAN C. LEIGHTON, CA BAR # 090907
701 Pollasky Avenue
2 | Clovis, California  93612
Telephone: (559) 297-6190
3 | Facsimile:  (559) 297-6194

4 | Attorney for THE AMERICAN HONEY
PRODUCERS ASSOCIATION, INC.
5 |
McGREGOR W. SCOTT
6 | United States Attorney
KRISTI C. KAPETAN
7 | Assistant U.S. Attorney
United States Courthouse, Suite 4401
8 | 2500 Tulare Street
Fresno, CA 93721
9 | Telephone: (559) 497-4000
Facsimile: (559) 497-4099
10 |
Attorneys for Defendant
11 | UNITED STATES OF AMERICA

12 |

**UNITED STATES DISTRICT COURT**
13 | **EASTERN DISTRICT OF CALIFORNIA**
**AT FRESNO**
14 |

15 | THE AMERICAN HONEY PRODUCERS ) CASE NO: 1:05-CV-01619-AWI-SMS
ASSOCIATION, INC., an Oklahoma )
16 | corporation; *et al* ) **STIPULATION TO CONTINUE**
) **ALL DATES RE THE PARTIES**
17 | Plaintiffs, ) **RESPECTIVE CROSS-MOTIONS**
) **FOR SUMMARY JUDGMENT**
18 | v. ) **AND ORDER THEREON**
)
19 | THE UNITED STATES DEPARTMENT OF )
AGRICULTURE, )
20 | )
Defendant. )
21 | _____)

22 |      The parties, through their respective counsel of record herein, stipulate to continue out for two

23 | weeks all dates with respect to the filing of the parties' cross-motions for summary judgment.

24 |      THEREFORE, the parties hereby STIPULATE and AGREE to the following briefing schedule

25 | regarding cross-motions for summary judgment:

26 |      1.    Plaintiffs' motion for summary judgment would be filed on or before January 26, 2007;

27 |

28 |

1     2.     Defendant's opposition and cross-motion for summary judgment would be filed on or before February 28, 2007;

3     3.     Plaintiffs' reply and opposition to Defendant's cross-motion would be filed on or before March 23, 2007;

5     4.     Defendant's reply would be filed on or before April 27, 2007; and

6     5.     The oral argument on said cross-motions would be heard before the Honorable Judge Anthony W. Ishii on May 14, 2007, or as soon thereafter as the Court is available.

Dated: January 11, 2007

                /S/ BRIAN C. LEIGHTON
              BRIAN C. LEIGHTON, Attorney for Plaintiffs

Dated: January 11, 2007

                /S/ KRISTI C. KAPETAN
              Kristi C. Kapetan, Attorney for Defendant

## **ORDER**

Based upon the parties' stipulation, IT IS HEREBY ORDERED that the briefing and hearing schedule be continued as follows:

    1.     Plaintiffs' motion for summary judgment would be filed on or before January 26, 2007;

    2.     Defendant's opposition and cross-motion for summary judgment would be filed on or before February 28, 2007;

    3.     Plaintiffs' reply and opposition to Defendant's cross-motion would be filed on or before March 23, 2007;

    4.     Defendant's reply would be filed on or before April 27, 2007; and

    5.     The oral argument on said cross-motions would be heard before the Honorable Judge Anthony W. Ishii on May 14, 2007 at 1:30 p.m..

IT IS SO ORDERED.

**Dated:**    **January 12, 2007**          /s/ Anthony W. Ishii
0m8i78                            UNITED STATES DISTRICT JUDGE