IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| AMERICAN HONEY PRODUCERS ASSOCIATION, INC., an Oklahoma corporation, et al.,<br><br>        Plaintiffs,<br><br>vs.<br><br>THE UNITED STATE DEPARTMENT OF AGRICULTURE,<br><br>        Defendant. | CASE NO. CV-F-05-1619 LJO<br><br>**ORDER FOR ADDITIONAL BRIEFING AND REQUIRING A JOINT STATEMENT OF UNDISPUTED FACTS** |

Upon review of the memoranda in support of the cross motions for summary judgment (and the response) and the various applicable cases, and with an interest in affording the parties the opportunity to be heard, the Court finds that additional briefing is required on several key issues. These are:

**I.    Standard of Review**. In reviewing the cases submitted in the briefs, the Court notes that various courts use differing standards of review. The possibilities include: (a) finding this to be a question of law, reviewed *de novo* (from an interpretation of 7 U.S.C. §4609(b); (b) using deference to the administrative agency according to the principles of *Chevron U.S.A., Inc. v. Natural Res. Defense Counsil, Inc.*, 467 U.S. 837, 842-43 (1984); (c) using standard summary judgment standards of review, (d) using the standard of review appropriate for cases involving the Administrative Procedure Act, as outlined in 5 U.S.C. §706; (e) an interpretation of 7 U.S.C. §4609(b) which yields a different standard of review; or (f) any combination thereof. The parties should submit a short and concise analysis on this issue, including citation to proper legal

authority. Additionally, address the standard of review by this Court concerning the Findings of Fact by the Administrative Law Judge and/or Judicial Officer of the United States Department of Agriculture.

**II.** **Facts**.

    (A)    The parties shall meet and confer and file: (1) a Joint Statement of Undisputed Facts and (2) a separate Statement of Disputed Facts.

    (B)    Cite to legal authority in support of Plaintiffs' request for an evidentiary hearing, especially as it relates to the alternative appropriateness of remand.

**III.** **Statutory Analysis**. Among other issues, the Court is focusing on a statutory analysis comparing and contrasting the Honey Act, 7 U.S.C. §4601 *et seq*, with the Beef Promotional Act, 7 U.S.C. §2901 *et seq*., at issue in *Johanns v. Livestock Marketing Ass'n*, 544 U.S. 550, 125 S.Ct. 2055, 161 L.Ed. 2d 896 (2005) and the Mushroom Act, 7 U.S.C. §6101 *et seq*, at issue in *United States v. United Foods*, 533 U.S. 405 (2001). Both parties should submit a concise analysis on this limited issue. If counsel believes that this analysis is not warranted, indicate the reasons for this position.

**IV.** **Beyond *Livestock Marketing*.** The parties should submit a concise analysis on the following issue: Other than *Livestock Marketing*, what cases do you submit are controlling precedent for, and applicable to the case at bar and why?

**V.** The following briefing schedule shall apply:

    A.    The Joint Statement of Undisputed Facts shall be filed no later than May 1, 2007. The Separate Statements of Disputed Facts shall be filed with the initial brief in accordance with the schedule below.

    B.    Plaintiffs shall file and serve a brief on the issues described above no later than April 17, 2007.

    C.    Defendants shall file and serve a brief on the issues described above no later than April 24, 2007.

    D.    Plaintiffs may file and serve a Reply no later than May 1, 2007.

    E.    Defendants may file and serve a Reply no later than May 8, 2007.

1 | The parties shall submit a copy of these filings in WordPerfect format to ljoorders@caed.uscourts.gov.
**IT IS SO ORDERED.**

**Dated:**    **April 3, 2007**            **/s/ Lawrence J. O'Neill**
**b9ed48**                                 **UNITED STATES DISTRICT JUDGE**